UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT<br>1250 Connecticut Avenue, N.W.<br>Suite 700<br>Washington, D.C. 20036<br><br>and<br><br>STEPHEN MUSOLINO[1]<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF ENERGY<br>1000 Independence Ave., S.W.<br>Washington, D.C. 20585<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No. 25-_____<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, seeking the production of records responsive to a request submitted by Plaintiffs James Madison Project and Stephen Musolino (collectively the "Plaintiffs") to the Office of the Inspector General of the Defendant Department of Energy ("DOE").

**JURISDICTION**

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the Defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

---

[1] Pursuant to Local Civil Rule 5.1(c)(1), the individual Plaintiff's residential address is being filed under seal with the Court in a separate Notice of Filing.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff The James Madison Project is a non-partisan organization established in 1998 to promote government accountability and the reduction of secrecy, as well as educating the public on issues relating to intelligence and national security.

4. Plaintiff Stephen Musolino is a U.S. citizen.

5. Defendant DOE is an agency within the meaning of 5 U.S.C. § 552(f), maintains authority over its component Office of the Inspector General, and is in possession and/or control of the requested records that are the subject of this action.

## COUNT ONE

6. By e-mail dated April 16, 2025, the Plaintiffs submitted a FOIA request for specific records.

7. By e-mail and letter dated April 28, 2025, Defendant DOE provided an interim response and acknowledged receipt of the request which was designated Request No. HQ-2025-02879-F.

8. By e-mail dated May 5, 2025, Defendant DOE notified the undersigned that it was "suffering from staffing shortages due to the deferred resignation program (DRP) and has one full-time FOIA specialist processing requests."

9. No further responses have been received from the Defendant.

10. The Plaintiffs have constructively exhausted all requisite administrative remedies.

11. The Plaintiffs are entitled to timely receipt of non-exempt copies of all records responsive to their FOIA request.

WHEREFORE, Plaintiffs James Madison Project and Stephen Musolino pray that this Court:

(1) Orders Defendant DOE to timely disclose all non-exempt copies of the requested records and make copies promptly available to them;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E) and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and,

(4) grant such other relief as the Court may deem just and proper.

Date:   August 20, 2025

                                     Respectfully submitted,

                                         *s/ Mark S. Zaid*

                                   _____
                                   Mark S. Zaid, Esq.
                                   D.C. Bar #440532
                                   Bradley P. Moss, Esq.
                                   D.C. Bar #975905
                                   Mark S. Zaid, P.C.
                                   1250 Connecticut Avenue, N.W.
                                   Suite 700 – PMB 5287
                                   Washington, D.C. 20036
                                   (202) 498-0011
                                   Mark@MarkZaid.com
                                   Brad@MarkZaid.com

                                   Attorneys for the Plaintiff